Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

RE:  <u>UNITED STATES v. JEFFERY STEIN</u>
<u>15 Cr. 195 (DLC)</u>

Dear Judge Cote:

Your Honor, please let me introduce myself.  I am Edward Lehane, a retired 62 year old healthcare worker.  My last position held was that of Lead X-Ray Technologist at NYU Cancer Center in Manhattan, NYC.   I retired on disability in April 2012 after undergoing cardiac quadruple-bypass surgery,  suffering a stroke, all the while awaiting an amputation of my left leg following a post-op infection.   These events left me unable to perform my duties.  I also suffer from diabetes.

My first meeting with Dr. Stein was in April 2013 while a patient in South Nassau Communities Hospital, Oceanside, NY..   I was admitted to S.N C.H. for the amputation of a gangrenous 5th. toe on my right foot.  My amputation was performed by my Podiatric Surgeon.  Dr Stein was called in to evaluate the limited blood flow to my right lower leg.  My left leg had been previously amputated in 2012.

From my understanding, two of the three arteries supplying blood to my lower right leg were severely blocked.  Despite extensive effort by Dr. Stein he was unable to unblock one of the vessels.

Throughout the next three weeks while I remained in the hospital Dr. Stein, despite not being surgeon of record regarding my amputation,  regularly stopped in to touch-base and evaluate my progress.  With his knowledge of my limited blood flow he was concerned about my ability to heal.

Upon my discharge it was explained to me that my medical insurance would not cover out-patient treatment by Dr. Stein.  Hence, I was referred to S.N.C.H. Wound Care Clinic for follow up and suture removal.  At that appointment, along with the suture removal, the doctor also removed the flesh from the top of my foot in an area approximately  an inch and a half square.  This left an open wound exposing bone, muscle, and tendon.  When I asked this doctor how, based on my history, my foot would ever heal he suggested that I wait a few days and go to the Emergency Room to be admitted in order to have an arterial transplant in my lower right leg to increase blood flow.  He went on to inform me that if this procedure was successful  I would only lose half my foot, and if not I would lose my leg.  He then sent me home.

Two days later I received a call from Dr. Stein requesting that I come into his office the following day.  At that exam he was extremely concerned with the condition of my foot.  He explained to me that he could perform an arterial transplant, and that if it were successful it would most likely save my foot.  However he went on to inform me that in his opinion based on the condition of my arteries he would give the likelihood of success  no more than 50%.  He also said that if it failed I would lose my leg, leaving me a double amputee.

As we discussed possible care plans Dr. Stein suggested that we could delay the transplant procedure and commence an aggressive wound care regime.   He explained that due to my limited blood flow this approach would take considerable time to achieve the desired healing.  He also explained that perhaps it may not work at all, but that if I had the patience we could try.   If this approach did not work we could always attempt the arterial transplant at a later date.

I reminded him that my insurance would not cover his seeing me on an outpatient basis. "We can worry about that later" was his response.

Well, Your Honor, that began two years of intensive wound care.  This was not just watch and wait.  At first it involved weekly surgical removal of necrotic tissue to allow healthy tissue to grow.  For the first few months the best we could achieve was to maintain the status quo.  Finally we turned the corner towards healing the wound.  It was slow but continual improvement.  My most recent visit was in April of this year for a follow up exam, and my foot was found to be in excellent shape.

**Dr. Jeffery Stein never billed me nor did he receive any payment for my treatment.**

I firmly believe from the bottom of my heart that without the skill, generosity, and compassion of Dr. Stein I would have lost my remaining leg and today be confined to a wheelchair.

Your Honor, in order for the community to continue to have access to this extraordinary physician and exemplary human being I am humbly requesting that the Court impose the most lenient sentence it feels to be appropriate.

Respectfully,


/S/ Edward B. Lehane