# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
ALEX SPIRO

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

MEMO ENDORSED

January 19, 2017

**VIA ECF**
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/20/2017

Re: **United States v. Jeffrey Stein**
**15 Cr. 195 (DLC)**

Dear Judge Cote:

We represent defendant Dr. Jeffrey Stein in the above captioned case. Dr. Stein was released from custody and began his term of supervised release in late December, 2016. We write to ask for permission for Dr. Stein to leave the Southern District of New York upon notice to the Probation Department, but without prior permission of the Court, to visit his wife, Marla Stein, while she is incarcerated at Danbury Federal Prison Camp. We also ask that you direct the Danbury FCP to allow Dr. Stein to visit Ms. Stein despite his status as a felon.

Though there have been major stresses in their marriage related to our case, the Steins want to stay together and being able to see each other regularly while Ms. Stein is incarcerated will help to make this goal a reality. Their children have also been innocent victims of their parents conduct and poor judgment and seeing that their parents are still together and supporting each other will go a long way towards strengthening their emotional and psychological well-being. Visits to Danbury FCP from the Stein's children, Ms. Stein's parents, and her sister are likely to be limited due to distance, age, and health. In summary, we truly believe that allowing Dr. Stein to visit and spend time with his wife will be beneficial in giving both of them the best chance to return to being productive members of society, to allow their family to remain intact, and to minimize the negative effects on their children.

SO ORDERED.

*Loretta A. Preska*

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

1/20/17

**BRAFMAN & ASSOCIATES, P.C.**

We have spoken with the Government and the Probation Department and they consent to this application. Should the Court have any questions, we stand ready to assist. Thank you for your courtesy in this and all other matters.

Very truly yours,

Benjamin Brafman

cc:   All counsel (via ECF)
      Probation Officer Michael Cox (via email)